**Charles Anton McKAIN, Plaintiff–Appellant,**

v.

**UNITED STATES of America, Defendant–Appellee.**

No. 02–6627.

United States Court of Appeals, Fourth Circuit.

Submitted June 13, 2002.

Decided June 19, 2002.

Charles Anton McKain, Appellant Pro Se. Richard Charles Kay, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Charles Anton McKain appeals the district court's order denying his motion for the return of property and the marginal order denying his motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See McKain v. United States,* No. CA–02–474–B (D. Md. Mar. 22 & Apr. 2, 2002). We dispense with oral argument because the

facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*